**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LEARTIS JASON JOHNSON, *pro se*,

    Plaintiff,

v.                                          Case No:  8:07-CV-1614-T-30EAJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #13).  The Court notes the *pro se* Plaintiff filed an Objection  (Dkt. #14) on February 8, 2008.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #13) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.     The Defendant's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (Dkt. #10) is GRANTED.

3.     The Plaintiff's Motion for Judgment by Default (Dkt. #11) is DENIED.

4.     The Clerk is directed to enter judgment pursuant to Rule 58 in favor of the Defendant and against the Plaintiff.

5.     The Clerk is directed to close this case.

6.     The Plaintiff is advised that, should he wish to appeal this decision, he must file a notice of appeal within sixty (60) days of the date judgment is entered in accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure.

**DONE** and **ORDERED** in Tampa, Florida on February 14, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

S:\Even\2007\07-cv-1614.adopt 13.wpd